IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARTEZ OLIVER**  **PLAINTIFF**
**ADC #153539**

v. Case No. 3:16-cv-00174-KGB/JJV

**DELL COOK, Sheriff, Mississippi**
**County Detention Center,** *et al.*,  **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 15). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 15). Accordingly, defendants' motion for summary judgment is granted, and plaintiff's claims are dismissed with prejudice (Dkt. No. 12). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 12th day of March, 2018.

_____
Kristine G. Baker
United States District Judge