IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARTEZ OLIVER**  **PLAINTIFF**
**ADC #153539**

v.  Case No. 3:16-cv-00174-KGB/JJV

**DELL COOK, Sheriff, Mississippi**
**County Detention Center,** *et al.*,  **DEFENDANTS**

## ORDER

The Court's Judgment of March 12, 2018, in this case is hereby vacated. The Court adopted United States Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations in their entirety, and Judge Volpe did not recommend that this dismissal count as a "strike" pursuant to 28 U.S.C. § 1915(g). Thus, the dismissal of this action should not have counted as a "strike" under § 1915(g). An Amended Judgment will be entered.

So ordered this the 15th day of March, 2018.

_____
Kristine G. Baker
United States District Judge