IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARTEZ OLIVER**  **PLAINTIFF**
**ADC #153539**

v. Case No. 3:16-cv-00174-KGB/JJV

**DELL COOK, Sheriff, Mississippi**
**County Detention Center,** *et al.*, **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Artez Oliver's claims against defendants Dale Cook, Andrew Harris, Captain Hicks, and Luther Whitfield, both in their official and individual capacities, are dismissed with prejudice (Dkt. No. 2). The relief sought by Mr. Oliver is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 15th day of March, 2018.

_____
Kristine G. Baker
United States District Judge